UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                                                                                                                          CHAPTER 13 PROCEEDING:
JUDITH VILLARREAL                                                                         04-11257-B-13
DEBTOR

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

    1. Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Sunday, Oct 3, 2004.

    2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

    3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

    4. Creditor listed below has refused payment.

    REPUBLIC BANK & TRUST ACE
    C/O CREDITORS BANKRUPTCY SVC
    PO BOX 740933
    DALLAS, TX  75374

    5. As a result, funds owed to the creditor in the amount of $58.31 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Fri, February 19, 2010

                                                                            Cindy Boudloche
                                                                            Chapter 13 Trustee
                                                                            555 N. Carancahua  Ste 600
                                                                            Corpus Christi, TX  78478
                                                                            (361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                                                                                             CHAPTER 13 PROCEEDING:
JUDITH VILLARREAL                                          04-11257-B-13
DEBTOR

### CERTIFICATE OF SERVICE

   I, Cindy Boudloche , do hereby certify that on Feb 19, 2010, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee


JUDITH VILLARREAL                                     WILLIAM A CSABI
1107 E JACKSON                                               1213 E TYLER
HARLINGEN, TX  78550                             HARLINGEN, TX  78550

REPUBLIC BANK & TRUST ACE
C/O CREDITORS BANKRUPTCY SVC
PO BOX 740933
DALLAS, TX  75374